SEPTEMBER 23, 1985

No. 85–146. BANCO CREDITO AGRICOLA DE CARTAGO ET AL. v. ALLIED BANK INTERNATIONAL, AS AGENT FOR FIDELITY

UNION TRUST CO. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 53. 